IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 8:19-cr-00181 |
| | ) | |
| v. | ) | |
| | ) | |
| DETRIC LEE MCGOWAN | ) | |
| a/k/a "Fat" | ) | AMENDED |

Information Regarding Imposition of Enhanced Sentence

The Defendant, DETRIC LEE MCGOWAN, prior to committing the violation(s) contained in the Superseding Indictment under this case number, had the following conviction(s) for serious drug felonies, pursuant to Title 21, United States Code, Sections 802(57) and (58), that had become final for the purposes of Title 21, United States Code, Sections 841 and 960:

1. December 19, 1997: a conviction for Conspiracy to Possess with Intent to Distribute Cocaine and Crack Cocaine, a serious drug felony, in the District of South Carolina, under Criminal Number: 8-97-00170 for which the Defendant served more than 12 months in prison and for which the Defendant was released within 15 years of the commencement of the offenses charged in counts 1, 2, 10, 12 and 25 of the Superseding Indictment.

2. February 2, 2011: a conviction for Conspiracy to Possess with Intent to Distribute Cocaine, a serious drug felony, in the Middle District of Georgia, under Criminal Number: 3:09-00043 for which the Defendant served more than 12 months in prison and for which the Defendant was released within 15 years of the commencement of the offenses charged in counts 1, 2, 10, 12 and 25 of the Superseding Indictment.

As a result of the above listed prior conviction(s), the Defendant is subject to enhanced penalties pursuant to Title 21, United States Code, Sections 841, 960 and 851.

                                          Respectfully submitted,

                                          SHERRI A. LYDON
                                          UNITED STATES ATTORNEY

                    BY:    s/*Leesa Washington*
                                          Leesa Washington (Fed I.D. 06973)
                                          Assistant United States Attorney
                                          55 Beattie Place, Suite 700
                                          Greenville, SC 29601

May 24, 2019