# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENWOOD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No: 8:19-CR-00181 |
| ) | |
| vs. ) | |
| ) | |
| Detric Lee McGowan, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

**YOU WILL PLEASE TAKE NOTICE** that the undersigned hereby states that he has been retained as counsel of record by and for the Defendant, Detric Lee McGowan. The undersigned hereby makes a general appearance on behalf of Detric Lee McGowan.

Respectfully submitted,

/s/ Trey Gowdy
Harold W. Gowdy, #5675
Nelson Mullins Riley & Scarborough
104 S. Main Street, 9th Floor
Greenville, South Carolina 29601
T: (864) 373-2300   F: (864) 232-2925
trey.gowdy@nelsonmullins.com

July 10, 2019
Greenville, South Carolina