IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.: 8:19-00181-DCC |
| v. | 18 U.S.C. § 1512(a) |
| DETRIC LEE MCGOWAN | 18 U.S.C. § 1512(j) |
| | 18 U.S.C. § 1513(a) |
| | 18 U.S.C. § 1513(c) |

**INFORMATION**

COUNT 1

The United States Attorney charges:

In or around July 2019, in the District of South Carolina, the Defendant, Detric Lee McGowan, attempted to kill a witness(s) in order to prevent the witness(s) attendance and testimony in a criminal trial related to the Superseding Indictment of 8:19-181, charging violations of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(E) and 846. The defendant was previously convicted of two (2) prior serious drug felony convictions that have become final and the Attorneys for the Government have filed an Information pursuant to 21 U.S.C. § 851 which subjects him to enhanced penalties.

All in violation of Title 18, United States Code, Sections 1512(a) and 1512(j).

## COUNT 2

The United States Attorney further charges:

In or around July 2019, in the District of South Carolina, the Defendant, Detric Lee McGowan, attempted to kill the prosecuting Assistant United States Attorney in retaliation for her attendance in the criminal case 8:19-181 related to the Superseding Indictment, charging violations of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(E) and 846. The defendant was previously convicted of two (2) prior serious drug felony convictions that have become final and the Attorneys for the Government have filed an Information pursuant to 21 U.S.C. § 851 which subjects him to enhanced penalties.

All in violation of Title 18, United States Code, Sections 1513(a) and 1513(c).

*[signature]*
SHERRI A. LYDON
UNITED STATES ATTORNEY