IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

**UNITED STATES OF AMERICA**

**VS**　　　　　　　　　　　　　　　CR NO. **8:19cr181-01**

**DETRIC LEE MCGOWAN**

## PLEA

The defendant, **DETRIC LEE MCGOWAN** pleads **GUILTY** to Count(s) 1,25 and 29 of the Superseding Indictment and Count(s) 1 and 2 of the Information.

_____
(Signed) Defendant

Spartanburg, South Carolina
August 1, 2019