IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 8:19-cr-00181-1 |
| v. | |
| DETRIC MCGOWAN, a/k/a "Fat" | **MOTION FOR EXTENSION OF TIME TO RESPOND TO THE PRESENTENCE REPORT** |
| DEFENDANT. | |

The Defendant, by and through his undersigned counsel, moves for a 60-day extension from December 14, 2019 until February 14, 2020 to file objections to the Presentence Report. Assistant U.S. Attorney Jason Peavy consents to this request. Due to the holidays and the Defendant's incarceration, it is difficult to evaluate and respond to the Presentence Report in the time allotted by the U.S. Probation Office.

The Presentence Report in this case involves seventy-five pages with numerous enhancements and factual issues that undersigned counsel anticipates addressing by way of objection. Counsel for the Defendant has discussed the necessity of sixty days to respond and the government agrees that due to the numerous issues outlined in the Presentence Report, this is a reasonable request and thus joins in this request for an extension until February 14, 2020.

Respectfully Submitted,


/s/ Ryan L. Beasley
Ryan L. Beasley, #9162
Ryan L. Beasley, P.A.
416 East North Street
Greenville, SC 29601
T: (864)679-7777  F: (864)672-1406
 rlb@ryanbeasleylaw.com

December 3, 2019
Greenville, South Carolina