IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 8:19-cr-00181-DCC (1) |
| ) | |
| vs. ) | |
| ) | |
| DETRIC LEE MCGOWAN ) | |
|   a/k/a "Fat" ) | |

## MOTION FOR PRELIMINARY ORDER OF FORFEITURE
## AS TO DETRIC LEE MCGOWAN

Pursuant to Fed. R. Crim. P. 32.2(b), the United States of America, by and through its undersigned Assistant United States Attorney, Carrie Fisher Sherard, moves this Court for the entry of a Preliminary Order of Forfeiture as to Detric Lee McGowan, ("McGowan", "Defendant"), based on the defendant's conviction of conspiracy to possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Sections 841and 846; conspiracy to commit money laundering, in violation of Title 18, United States Code, Sections 1956; attempt to kill a witness(s) in order to prevent the witness(s) attendance and testimony in a criminal trial, in violation of Title 18, United States Code, Sections 1512(a) and (j); and attempt to kill the prosecuting Assistant United States Attorney, in violation of Title 18, United States Code, Sections 1513(a) and (c).

The Government further requests that such order be entered by this Court sufficiently in advance of sentencing to permit time for the Government and the Defendant to suggest revisions or modifications. Fed. R. Crim. P. 32.2(b)(2)(B) ("Unless doing so is impractical, the court must enter the preliminary order sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order

1

becomes final as to the defendant under Rule 32.2(b)(4).")

          Respectfully submitted,

          A. LANCE CRICK
          ACTING UNITED STATES ATTORNEY

          By:   *s/Carrie Fisher Sherard*
                Carrie Fisher Sherard #10134
                Assistant United States Attorney
                55 Beattie Place, Suite 700
                Greenville, SC 29601
                (864) 282-2100

January 31, 2020