IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.: 8:19-00181-DCC |
| v. | |
| DETRIC LEE MCGOWAN | **AMENDMENT TO PLEA AGREEMENT** |

### General Provisions

This AMENDMENT TO THE PLEA AGREEMENT is made this _13th_ day of _March_, 2020, between the United States of America, as represented by NATHAN WILLIAMS, an attorney for the United States acting under authority conferred by Title 28, United States Code, Section 515, Assistant United States Attorney Jim May, the Defendant, DETRIC LEE MCGOWAN, a/k/a, "Fat," and Defendant's attorneys, Ryan L. Beasley and Greg Harris.

1. Pursuant to paragraph 18 of the Defendant's Plea Agreement, Dkt. No. 384, which states that Agreement may only be modified in writing, the parties hereby modify said Plea Agreement in writing.

2. The parties hereby agree and stipulate that the appropriate sentence for the Defendant is 420 months of actual incarceration, followed by the appropriate term of supervised release.

3. For this consideration by the Government, the Defendant makes the following concession: he hereby expressly waives the right, previously reserved in paragraph 16 of his Plea Agreement, to challenge his conviction or sentence through claims of ineffective assistance of counsel or prosecutorial misconduct, in any direct appeal or other post-conviction action, including any proceedings under 28 U.S.C. §§ 2255 or 2241.

4.  The parties hereby agree that the Plea Agreement, as amended by this document, contains the entire agreement of the parties; that this amendment to the Plea Agreement shall not be binding on any party until the Defendant accepts the amendment in the court having jurisdiction over this matter; that the Plea Agreement, as modified by this amendment, may be modified only in writing signed by all parties; and that any and all other promises, representations and statements, whether made prior to, contemporaneous with or after this amendment to the Plea Agreement, are null and void, but for the terms found in the Plea Agreement, as amended by this document.

3-13-20
Date

Detric Lee McGowan, a/k/a, "Fat"
Defendant

3-13-20
Date

Ryan L. Beasley, Esquire
Defense Attorney

3/13/20
Date

Greg Harris
Defense Attorney

NATHAN S. WILLIAMS
Attorney for the United States
Acting Under Authority Conferred by
28 U.S.C. § 515

3·13·2020
Date

Jim May (Fed.ID #1355)
Assistant United States Attorney