IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.: 8:19-cr-00181-DCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DETRIC LEE MCGOWAN, | ) | |
| a/k/a "Fat," | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on April 10, 2020, and ending on May 9, 2020. (See Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 11, 2020, at Greenville, SC.

*s/ Carrie Fisher Sherard*
Carrie Fisher Sherard
Assistant U.S. Attorney