IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 8:19-cr-181-DCC (1) |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DETRIC LEE MCGOWAN | ) | |
|   a/k/a "Fat" | ) | |

NOTICE TO COURT
Fed.R.Crim. P. 32.2(c)(2)
AS TO DETRIC LEE MCGOWAN

NOW COMES the United States and represents as follows:

WHEREAS, on February 11, 2020, this Court entered a Preliminary Order of Forfeiture as to Detric McGowan, ordering the Defendant to forfeit his interest in the following property:

REAL PROPERTY:[1]

    320 Scenic Lake Court
    Piedmont, South Carolina 29341
    Greenville County, South Carolina
    In the names of Detric Lee McGowan and Lauren Brook Poore
    TMS: 0583-10-01-011.00

WHEREAS, the United States caused to be published on an official government internet website ("www.forfeiture.gov"), of general circulation in the State of South Carolina and the United States for thirty (30) consecutive days, beginning June 18, 2020, 2020, and ending July 17, 2020, as required by Supplemental Rule G(4)(a)(iv)(c), Fed.R.Civ.P., notice of this forfeiture and the intent of the United States to dispose of the

---

[1] The property was foreclosed. The government is forfeiting the surplus funds of $126,944.58 from the foreclosure. Asset ID: 19-DEA-650354

property in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged interest in the property; and

WHEREAS, no timely claim has been filed as to the $126,944.58 in lieu of 320 Scenic Lake Court, Piedmont, SC, Asset ID: 19-DEA-650354, and the time to file such claims has passed; and

WHEREAS, the Preliminary Order of Forfeiture provides that it will become the Final Order of Forfeiture in the absence of any claims by third parties;

It appears that all right, title, and interest in the $126,944.58 in lieu of 320 Scenic Lake Court, Piedmont, SC, Asset ID: 19-DEA-650354, has been forfeited, as of August 18, 2020, to the United States of America in accordance with the Preliminary Order of Forfeiture, and may be disposed of according to law.

Respectfully submitted,

PETER M. MCCOY, JR.
UNITED STATES ATTORNEY

By:     *s/Carrie Fisher Sherard*
Carrie Fisher Sherard #10134
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
(864) 282-2100

August 21, 2020